UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.0:22-cv-61925-RKA

GARFIELD SPENCE,

    Plaintiff,

vs.

WESTGATE SQUARE SHOPPING CENTER, LLC.

    Defendant.
_____/

## NOTICE OF SETTLEMENT IN PRINCIPLE

    Plaintiff, through the undersigned attorney, hereby gives notice to this Honorable Court that the parties have reached an amicable resolution of this dispute. Thus, Plaintiff respectfully requests for all deadlines in this case to be tolled while the parties finalize their agreement and move to dismiss this matter within thirty (30) days of the filing of this Notice of Settlement.

    Dated this 14th day of December, 2022.

Respectfully Submitted,

                                          */s/ Alberto R. Leal*.
                                          Alberto R. Leal, Esq., P.A.
                                          Florida Bar No.: 1002345
                                          E-Mail: albertolealesq@gmail.com
                                          8927 Hypoluxo Rd. #157
                                          Lake Worth, FL 33467
                                          Phone: 954-637-1868
                                          Attorney for Plaintiff